# NIKOLAI OLSEN v. JOHN MARTIN.[1]

June 25, 1909.

Nos. 16,162—(150).

Action in the district court for Clay county to recover $1,000 for personal injuries received while asleep in defendant's saloon. There was no appearance for defendant at the trial, and the case was tried before Baxter, J., who made findings and ordered judgment in favor of plaintiff for $800. Judgment was entered pursuant to the order on May 19, 1908. On December 21, 1908, defendant moved to set aside the judgment and for leave to defend. From an order denying the motion to vacate and set aside the judgment, but with leave to apply to this court for a reassessment of damages, defendant appealed. Affirmed.

*N. I. Johnson* and *Garfield H. Rustad,* for appellant.

*Nye & Dosland,* for respondent.

PER CURIAM.

Appeal from an order denying defendant's motion to set aside a default judgment and for leave to answer. A careful reading of the affidavits submitted in support of the motion discloses no reason for disturbing the action of the court below. The discretion of the court was not abused in denying the motion.

Order affirmed.